USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bakahityar Kamardinova, et al,
                     Plaintiff(s)

v.

Islamic Republic of Iran
                     Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 18cv5339 (GBD)(SN)

I hereby certify under the penalties of perjury that on the __19__ day of __July__, 20__18__, I served: Islamic Replubic of Iran, c/o Permanent Mission of Iran to the United Nations, 622 Third Avenue, New York, New York 10007

☐     the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒     the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐     the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__Two__ copy(ies) of the __Summons, Complaint filed on June 14, 2018, First Notice of Amendment filed on June 26, 2018, Second Notice of Amendment filed on June 26, 2018, Third Notice of Amendment filed on June 26, 2018, Notice of Suit, Affidavit of Translator, Civil Cover Sheet__ by __FedEx 8094 2671 1371__.

Dated: New York, New York
         July 19 2018

RUBY J. KRAJICK
CLERK OF COURT

_Jashira Carlo_
JASHIRA CARLO
DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

July 18, 2018

Secretary of State
Attn: Director of Consular Services
Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
U.S. Department of State
SA-29, 4TH Floor
2201 C Street N.W.
Washington, DC 20520

        Re:    Bakahityar Kamardinova, et al. v. Islamic Republic of Iran
                  18 cv. 05339 (GBD)(SN)

Dear Sir:

      Enclosed please find a copy of a letter received from the Law Firm of Anderson Kill P.C., along with two sets of: the Summons, Complaint filed on June 14, 2018, First Notice of Amendment filed on June 26, 2018, Second Notice of Amendment filed on June 26, 2018, Third Notice of Amendment filed on June 26, 2018, Notice of Suit, Affidavit of Translator, Civil Cover Sheet. Also enclosed is a money order in the amount of $2,275.00. Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4). I am hereby requesting service upon the following:

Islamic Republic of Iran
c/o Permanent Mission of Iran to the United Nations
622 Third Avenue
New York, New York 10007

      Upon completion, please send me a certified copy of the diplomatic note of transmittal.

      Thank you for your assistance. If you have any questions, please contact me.

                                              Respectfully yours,

                                              Ruby J. Krajick
                                              Clerk of the Court

**FedEx Express** — Package US Airbill

FedEx Tracking Number: 8094 2671 1371

**1 From** *Please print and press hard.*
Date: 7/19/18
Sender's FedEx Account Number: 0203-5404-9
Sender's Name: RUSH J. KRASICK
Phone: (    )
Company: CLERK OF THE COURT, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, OFFICE OF THE CLERK
Address: 500 PEARL STREET
Dept/Floor/Suite/Room:
City: NEW YORK   State: NY   ZIP: 10007

**2 Your Internal Billing Reference:** 10114713P002

**3 To**
Recipient Name: Secretary of State, Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
Company: U.S. DEPARTMENT OF STATE
Address: SA-29, 4th FLOOR
Address: 2201 C STREET NW
City: WASHINGTON   State: DC   ZIP: 20520

**4 Express Package Service**
Form ID No: 0200
[X] FedEx Standard Overnight

**5 Packaging**
[X] FedEx Box

**6 Special Handling and Delivery Signature Options**
[X] No Signature Required
No dangerous goods.

**7 Payment** *Bill to:*
[X] Sender

644

**CASHIER'S CHECK**

SERIAL #: 6788606528
ACCOUNT#: 4861-513596

0067886
Office AU #  11-24 / 1210(8)

Remitter: ANDERSON KILL PC
Purchaser: ANDERSON KILL PC
Purchaser Account: 2000037634722
Operator I.D.: u475914
Funding Source: Paper Item(s)

PAY TO THE ORDER OF   ***U.S. EMBASSY BERN***

July 17, 2018

***\$2,275.00**

***Two thousand two hundred seventy-five dollars and no cents***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
1156 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 2,275.00

**NON-NEGOTIABLE**

FB004  M4203 70396086

**Purchaser Copy**

VOID VOID VOID VOID VOID VOID

**CASHIER'S CHECK**  6788606528

0067886
Office AU #  11-24 / 1210(8)

Remitter: ANDERSON KILL PC
Operator I.D.: u475914

PAY TO THE ORDER OF   ***U.S. EMBASSY BERN***

July 17, 2018

***\$2,275.00**

***Two thousand two hundred seventy-five dollars and no cents***