UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |
|---|---|

This filing relates to:

*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, 18-CV-05306 (GBD) (SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, 18-CV-05320 (GBD) (SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, 18-CV-05321 (GBD) (SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, 18-CV-05331 (GBD) (SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, 18-CV-05339 (GBD) (SN)
*Ades, et al. v. Islamic Republic of Iran*, 18-CV-07306 (GBD) (SN)

## ENTRY OF APPEARANCE

To The Clerk of the District Court:

Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matters.

November 7, 2018

By:  */s/ Arthur R. Armstrong*
Arthur R. Armstrong, Esquire

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Telephone:  212-278-1000
Email: aarmstrong@andersonkill.com

*Attorneys for Plaintiffs*

docs-100054647.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This filing relates to:

*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, 18-CV-05306 (GBD) (SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, 18-CV-05320 (GBD) (SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, 18-CV-05321 (GBD) (SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, 18-CV-05331 (GBD) (SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, 18-CV-05339 (GBD) (SN)
*Ades, et al. v. Islamic Republic of Iran*, 18-CV-07306 (GBD) (SN)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2018, I caused a true and correct copy of the Entry of Appearance of Arthur R. Armstrong, Esquire to be served on all parties electronically via the Court's ECF system.

November 7, 2018

By: */s/ Jerry S. Goldman*
Jerry S. Goldman, Esquire

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Telephone: 212-278-1000
Email: jgoldman@andersonkill.com

*Attorneys for Plaintiffs*

–2–

docs-100054647.1