UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/19

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |

*This document relates to: Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*
*Case Number: 1:18-cv-05339 (GBD) (SN)*

## CLERK'S CERTIFICATE OF DEFAULT

I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York ("SDNY"), do hereby certify that this action was commenced on June 13, 2018, and Plaintiffs' Complaint and Summons (filed on June 15, 2018) and Plaintiffs' First Notice of Amendment, Second Notice of Amendment, and Third Notice of Amendment (filed on June 26, 2018), and Notice of Suit, were served upon defendant the Islamic Republic of Iran as follows:

As evidenced by Letter dated October 30, 2018 from Jared Hess, Attorney Advisor, Overseas Citizens Services, Office of Legal Affairs, United States Department of State, to Ruby J. Krajick, Clerk of Court, service was effectuated on Defendant Iran on September 26, 2018, when the U.S. Department of State, assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran delivered the Service Documents to the Iranian Ministry of Foreign Affairs under cover of diplomatic note number 1076-IE. *See* Affidavit of Service, ECF 51.

I further certify that the docket entries indicate that Defendant Iran has not filed an answer or otherwise moved with respect to the Complaint, as amended, herein. The default of the defendant the Islamic Republic of Iran is hereby noted.

docs-100071032.2

Dated: New York, New York

    Jan 24, 2019

RUBY J. KRAJICK,
Clerk of Court

By: _____
       Deputy Clerk

docs-100071032.2