USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAKAHITYAR KAMADINOVA, et al.,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

Defendant.

**CERTIFICATE OF MAILING**

Case No.:  18-cv-5339 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 11th day of September, 2019, I

served defendant:

      Islamic Republic of Iran
      c/o Minister of Foreign Affairs
      Ministry of Foreign Affairs of the Islamic Republic of Iran
      Iman Khomeini Avenue
      Tehran, Iran
      ATTN: H.E. Mohammad Javad Zarif

By dispatching via Federal Express, Tracking No. 8148 5856 7488, to the Secretary of

State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison

(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC

20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.

§ 1608(a)(4), two (2) copies of the following documents (in English and Farsi):

1)     Notices of Judgment

2)     Order of Judgment for Liability, dated June 21, 2019

3)     Order of Partial Final Judgment for Damages, dated August 26, 2019

4)     Order of Partial Final Judgment for Damages, dated September 4, 2019 (

5)     Notices of Appeal

6)     A copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28 U.S.C. 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.)

      7)     Affidavit of Translator.

Dated: New York, New York
         September 11, 2019

RUBY J. KRAJICK
CLERK OF COURT

Gordana Peter
*Deputy Clerk*