**Ex. B-6**

Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | Ayleen              | J.                   | Santiago           |             |                        | $2,000,000.00              | $2,000,000.00       |
| **TOTALS** |           |                      |                    |             |                        | $2,000,000.00              | $2,000,000.00       |

docs-100624775.1